UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **AMERICAN BUILDERS** | ) | |
| **INSURANCE COMPANY** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CIVIL ACTION NUMBER** |
| | ) | |
| **K&D CONSTRUCTION SERVICES,** | ) | |
| **LLC, JOHN GENNA, AND** | ) | |
| **STEPHANY GENNA,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## COMPLAINT FOR DECLARATORY JUDGMENT

American Builders Insurance Company ("Builders") files this Complaint for Declaratory Judgment pursuant to 28 U.S.C. §2201(a) and Rules 57 and 15 of the Federal Rules of Civil Procedure and seeks a declaratory judgment that it is not obligated to defend or indemnify its insured, K&D Construction Services, LLC, or any other party, as outlined below:

## I.    INTRODUCTION

1.    Builders seeks a judicial determination that it owes no duty to defend or indemnify its insured, K&D Construction Services, LLC, or any party, in connection with the claims raised in the underlying state-court action styled *K&D Construction Services, LLC v. John Genna and Stephany Genna*, Case No. CV-2023-901227.00, filed in the Circuit Court of Baldwin County, Alabama

(the "Underlying Action").

## II.    PARTIES

2.    At all pertinent times, American Builders Insurance Company was and is a Delaware corporation with its principal place of business in Atlanta, Georgia.

3.    K&D Construction Services, LLC ("K&D") is a domestic series limited liability company registered under the laws of the State of Alabama.  K&D's members are Will Kahlbau and Henry Bealle Dawson, both of whom are citizens of Baldwin County, Alabama.

4.    At all pertinent times, John Genna and Stephany Genna (the "Gennas") were and are citizens of Baldwin County, Alabama.  The Gennas will not be bound by a judgment rendered as to any disputed policies' scope of coverage unless they are made parties to this lawsuit.  *See Am. Safety Cas. Ins. Co. v. Condor Assocs.*, 129 F. App'x 540, 542 (11th Cir. 2005) (observing that underlying tort claimants are indispensable parties to an insurer's declaratory judgment action against the insured).

## III.    JURISDICTION AND VENUE

5.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because there is diversity of citizenship among the parties and the matter in controversy exceeds the sum of $75,000, exclusive of interest, attorneys' fees and costs, as the costs of defense have exceeded $75,000 and/or will exceed

$75,000 and as K&D is allegedly responsible for damages to the Gennas in a sum over $1,000,000.00.

6.    Venue is proper in the United States District Court, Southern District of Alabama, Mobile Division, pursuant to 28 U.S.C. § 1391 because the policies in dispute were issued in this district, all parties are subject to the jurisdiction of this Court, and because a substantial part of the event or omissions giving rise to the claims occurred within the judicial district.

## IV.    FACTUAL BACKGROUND

7.    On September 27, 2023, K&D filed a lawsuit against the Gennas, styled as *K&D Construction Services, LLC v. John Genna and Stephany Genna*, Case No. CV-2023-901227.00, in the Baldwin County Circuit Court, Alabama (the "Underlying Action").  A true and correct copy of K&D's Complaint (the "Complaint") is attached as Exhibit ("Ex.") A.

8.    The Complaint alleges that the Gennas owe K&D an unpaid portion of K&D's Builder's Fee for K&D's construction of the Gennas' home, located at 18327 Polecat Creek Trial, Summerdale, Alabama (the "Property").  Ex. A at ¶¶ 7-9.

9.    According to the Complaint, K&D timely filed a Mechanic's/Materialman's Lien against the property in the amount of the unpaid Builder's Fee.  *Id.* at ¶ 10.

10.    In addition to claims for unjust enrichment and breach of contract,

K&D now seeks enforcement of that lien and judicial foreclosure of the Gennas' property. *Id.* at ¶¶ 11-14.

11.    In response to K&D's Complaint, the Gennas filed a counter-claim on February 8, 2024 (the "Counter-Claim").  A true and correct copy of the Gennas' Counter-Claim is attached as Ex. B.

12.    The Counter-Claim alleges that K&D willfully breached the construction contract that the Gennas entered into with K&D (the "Contract") by: (1) overcharging the Gennas; (2) failing to build the Property according to the plans and specifications; (3) failing to supervise the subcontractors, resulting in substandard work; (4) failing to pay certain subcontractors; and (5) wrongfully cancelling the Contract and filing a mechanic's lien against the Property.  Ex. B at ¶¶ 8-11.

13.    As a result of K&D's alleged willful breach of contract, the Gennas seek compensatory damages, punitive damages, reimbursement of expense, and damages for mental pain and suffering.  Ex. B at ¶¶ 14-17.  The Gennas further allege that K&D's wrongfully filed lien against their property constitutes slander or libel of the Gennas title and has caused them to suffer damages.  *Id.* at  ¶¶ 19-21.

14.    By letter dated October 2, 2024, Builders issued a reservation of rights letter to K&D advising that it would participate in K&D's defense against the claims asserted in the Counter-Claim subject to a reservation of rights.

15.   By letter dated March 17, 2026, Builders issued a supplemental reservation of rights letter to K&D advising that it would continue participating in K&D's defense against the claims asserted in the Counter-Claim subject to a reservation of rights.

## V.   THE POLICIES

16.   Builders issued the following policies to K&D:

GLP 0282290 03   (effective March 8, 2022 to March 8, 2023)
GLP 0282290 04   (effective March 8, 2023 to March 8, 2024)

(collectively "the Policies").  A true and correct copy of each policy is attached as Exs. C and D, respectively.  The Policies provide commercial general liability insurance subject to certain terms, conditions, limitations, and exclusions.

17.   The Policies' Insuring Agreements for Coverage A – Bodily Injury and Property Damage Liability provide as follows:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**
. . .
**SECTION I – COVERAGES**

**COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.   Insuring Agreement**

**a.**   We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)**   The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)**      Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

18.     The Policies define "occurrence" as "an accident, including continuous or repeated exposure to substantially the same general harmful conditions."

19.     The Policies define "bodily injury" as follows:

**SECTION V – DEFINITIONS**

. . .

**2.**      "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

20.     The Policies define "property damage" as follows:

**SECTION V – DEFINITIONS**

. . .

**17.**      "Property damage" means:

**a.**      Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.**      Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

21.     The Policies require that any "property damage" or "bodily injury" occur during the policy periods.

22.     Coverage A contains an Expected Or Intended Injury exclusion, which precludes coverage for "'[b]odily injury' or 'property damage' expected or intended from the standpoint of the insured."

23.     Coverage A contains a Contractual Liability exclusion, which

6

precludes coverage for "'[b]odily injury' or 'property damage' for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement."

24.     Coverage A contains a Damage To Property exclusion, which provides, in pertinent part:

**2.      Exclusions**

This insurance does not apply to:

. . .

**j.      Damage To Property**

"Property damage" to:

. . .

**(5)**     That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**     That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

. . .

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

25.     Coverage A contains a Damage To Your Product exclusion, which bars coverage for "[p]roperty damage" to "your product" arising out of it or any part of it."

26.     Coverage A is subject to Form No. GL RFWE 10 13, the Resulting Damage Coverage Endorsement, which amends Exclusion l., the Damage To Your

7

Work Exclusion, as follows:

**RESULTING DAMAGE COVERAGE**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

In regard only to "your work" in connection with residential structures **Exclusion l. Damage to Your Work of Section I – Coverages, Coverage A. Bodily Injury and Property Damage Liability, 2. Exclusions** is deleted and replaced with:

**l.      Faulty, Defective or Poor Workmanship In Your Work**

This insurance does not apply to any claim or "suit" for the cost of repair, replacement, adjustment, removal, loss of use, inspection, disposal, or otherwise making good any faulty, defective or poor workmanship in "your work" for which any insured or any insured's employees, contractors, or subcontractors may be liable.

This exclusion does not include "property damage" sustained by any other property that is caused by the faulty, defective or poor workmanship in "your work".

This exclusion applies only to residential structures for which coverage is not otherwise excluded under this insurance.

27.      Coverage A contains the Damage To Impaired Property Or Property

Not Physically Insured exclusion, which provides as follows:

**2.      Exclusions**

This insurance does not apply to:

. . .

**m.      Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**      A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**      A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

8

> This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

28. The Policies' Insuring Agreements for Coverage B – Personal and Advertising Injury Liability provide as follows:

**COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY**

**1.   Insuring Agreement**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. . . .

    **b.**    This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

29. The Policies define "personal and advertising injury" as follows:

**SECTION V – DEFINITIONS**

. . .

**14.**    "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

    **a.**    False arrest, detention or imprisonment;

    **b.**    Malicious prosecution;

    **c.**    The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

    **d.**    Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

. . .

    **f.**    The use of another's advertising idea in your "advertisement"; or

9

30.    Coverage B contains the Knowing Violation of Rights of Another exclusion, which provides as follows:

**2.    Exclusions**

This insurance does not apply to:

**a.    Knowing Violation of Rights of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

31.    Coverage B contains the Material Published With Knowledge of Falsity exclusion, which provides as follows:

**2.    Exclusions**

This insurance does not apply to:

. . .

**b.    Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

32.    Coverage B contains the Material Published Prior to Policy Period exclusion, which provides as follows:

**2.    Exclusions**

This insurance does not apply to:

. . .

**c.    Material Published prior to Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

33.    The Policies are subject to the Designated Professional Services Exclusion endorsement (Form CG 21 16 04 13), which provides as follows:

10

**EXCLUSION – DESIGNATED PROFESSIONAL SERVICES**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SCHEDULE**

| Description Of Professional Services |
|---|
| **1.** Real Estate Agents and/or Brokers |
| **2.** Architects, Engineers or Surveyors |
| **3.** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional service.

34.     The Policies are also subject to the Testing Or Consulting Errors And Omissions Exclusion endorsement (Form CG 22 33 04 13), which provides as follows:

**EXCLUSION – TESTING OR CONSULTING ERRORS AND OMISSIONS**

This insurance does not apply to "bodily injury", "property damage" or 'personal and advertising injury" arising out of:

**1.**     An error, omission, defect or deficiency in:

**a.**     Any test performed; or

**b.**     An evaluation, a consultation or advice given; by or on behalf of any insured;

11

**2.**     The reporting of or reliance upon any such test, evaluation, consultation or advice; or

**3.**     An error, omission, defect or deficiency in experimental data or he insured's interpretation of that data.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.**, **2.**, or **3.**

35.     The Policies are also subject to the Construction Management Errors and Omissions Exclusion endorsement (Form CG 22 34 04 13), which provides as follows:

**EXCLUSION – CONSTRUCTION MANAGEMENT
ERRORS AND OMISSIONS**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**1.**     The preparing, approving, or failure to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager; or

**2.**     Inspection, supervision, quality control, architectural or engineering activities done by you or for you on a project on which you serve as construction manager.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **1.** or **2.**

This exclusion does not apply to "bodily injury" or "property damage" due to construction or demolition work done by you, your "employees" or your subcontractors.

36.     The Policies are also subject to the Engineers, Architects or Surveyors Professional Liability Exclusion endorsement (Form CG 22 43 04 13), which provides as follows:

### EXCLUSION – ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

Professional services include:

**1.**     The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, survey, field orders, change orders or drawings and specifications; and

**2.**     Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or any engineer, architect or surveyor who is either employed by you or performing work on your behalf in such capacity.

37.     The Policies are subject to the Contractors Professional Liability Exclusion endorsement (CG 22 79 04 13), which provides as follows:

**EXCLUSION – CONTRACTORS PROFESSIONAL LIABILITY**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

1.     This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   **a.**     Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   **b.**     Providing or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of or failure to render any professional services by you or on your behalf with respect to the operations described above.

2.     Subject to Paragraph **3.** below, professional services include:

   **a.**     Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   **b.**     Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3.     Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

## DECLARATORY RELIEF

38.     Builders adopts and incorporates by reference the allegations set forth in the preceding paragraphs above as though completely and fully set forth herein.

39.     There is an actual, present and existing controversy between Builders

14

and the defendants regarding the applicable coverage under the Policies in connection with the Underlying Action.

40.    Pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 and § 2202, Builders seeks a judicial determination of its rights and duties under the Policies. The Court's declaration will confer certainty on the parties and serve the interests of justice.

41.    No coverage is available for any claim of damages that does not relate to "damages because of 'property damage.'"

42.    No coverage is available for any claim of damages that does not relate to "bodily injury" or "property damage" as those terms are defined in the Policies.

43.    No coverage is available for "bodily injury" or "property damage" that occurred outside the policy periods.

44.    No coverage is available for "bodily injury" or "property damage" that is known to have occurred prior to the inception of the policy periods.

45.    In the event that the trier of fact in the Underlying Action finds K&D liable for the Gennas' willful breach of contract and slander claims, all such damages arising out of and or flowing from K&D's intentional conduct are precluded by the Expected or Intended Injury Exclusion and/or do not relate to an "occurrence." Further to the extent the Gennas are making a fraud and/or violations of Alabama's Deceptive Trade Practices Act claims in the Underlying Action, such claims also are

not covered based on the Expected or Intended Injury Exclusion and/or do not relate to an "occurrence."

46. In the event that the trier of fact in the Underlying Action finds K&D liable for breach of contract, all such damages arising out of and or flowing from that breach are excluded from coverage by the Contractual Liability Exclusion.

47. Any costs or damages associated with repair and replacement of the insured's work are excluded from coverage based upon paragraphs j(5) and j(6) of the Damage to Property Exclusion, and/or the Resulting Damage Coverage (Form GL RFWE 10 13), which amend Exclusion l, the Damage to Your Work Exclusion.

48. No coverage is available for "property damage" to "your product."

49. No coverage is available for any "property damage" to "impaired property" or property that has not been physically injured, arising out of: (1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or (2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

50. No coverage is available for any claim of damages that does not relate to "personal and advertising injury" as that term is defined in the Policies.

51. In the event that the trier of fact in the Underlying Action finds K&D liable for slander, all such damages arising out of and or flowing from "personal and advertising injury" that was caused by or at K&D's direction with knowledge that it

16

would violate the Gennas' rights are excluded from coverage by the Knowing Violation Of Rights Of Another Exclusion.

52. In the event that the trier of fact in the Underlying Action finds K&D liable for slander, all such damages arising out of and or flowing from "personal and advertising injury" arising out of "oral or written publication or material" done by or at the direction of K&D with knowledge of its falsity is excluded from coverage by the Material Published With Knowledge Of Falsity Exclusion.

53. In the event that the trier of fact in the Underlying Action finds K&D liable for slander, all such damages arising out of and or flowing from "personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy periods is excluded from coverage by the Material Published Prior To Policy Period exclusion.

54. No coverage is available for any "property damage" that is otherwise excluded by the Exclusion – Designated Professional Services (Form CG 21 16 04 13); Exclusion – Testing or Consulting Errors and Omissions (Form CG 22 33 04 13); Exclusion – Construction Management Errors and Omissions (Form CG 22 34 04 13); Exclusion – Engineers, Architects or Surveyors Professional Liability (Form CG 22 43 04 13); and the Exclusion – Contractors Professional Liability (Form CG 22 79 04 13).

55. No coverage is available for punitive or exemplary damage to the

17

extent such damages are uninsurable under applicable law.

56.    To the extent the award in the Underlying Action does not allocate damages and an allocation of damages is necessary for this Court's coverage determination, Builders requests the Court to allocate any and all damages awarded by an arbitrator's award.

57.    In addition to the foregoing provisions, Builders pleads all other conditions, terms, warranties, limits, definitions and exclusions of the Policies, which also may be found to be applicable as Builders' investigation of this matter continues and reserves the right to amend its Complaint for Declaratory Judgment as more specific information becomes available.

WHEREFORE, Plaintiff, American Builders Insurance Company, respectfully prays:

    a.    Defendants be cited to answer and appear;

    b.    This Court declare that Builders has no coverage under the Policies and, therefore, no obligation under the Policies to defend or indemnify K&D or any other party to the Underlying Action; and

    c.    This Court grant further relief as may be appropriate to accomplish justice and equity among the parties.

Done this the 3rd day of June, 2026.

/s/ James A. Kee, Jr., ASB-4314-e68J
Cynthia A. Martin, ASB-2044-i49c
Attorneys for Plaintiff

18

OF COUNSEL:
MASSEY, STOTSER & NICHOLES, PC
1780 Gadsden Highway
Birmingham, Alabama 35235
(205) 838-9000
jkee@msnattorneys.com
cmartin@msnattorneys.com


**REQUESTING SERVICE BY *CERTIFIED MAIL* TO BE SENT TO THE FOLLOWING DEFENDANTS AT:**

K&D Construction Services, LLC
c/o Henry Bealle Dawson, Registered Agent
201 Orleans Drive
Fairhope, Alabama 36532

John Genna
2079 Legacy Drive
Simi Valley, California 93065

Stephany Genna
2079 Legacy Drive
Simi Valley, California 93065